■ In the Matter of the COMMISSIONER OF SOCIAL SERVICES OF THE COUNTY OF ERIE, on Behalf of KATHLEEN A. LANGE, Appellant, v JOEL CROWDEN, Respondent.—Order unanimously affirmed without costs. Memorandum: This was the fourth proceeding commenced by petitioner against respondent for a declaration of paternity and ancillary relief. The first petition, filed in 1978, was dismissed following a pretrial conference, and an appeal from the Family Court order was dismissed for failure to prosecute. A second petition, commenced while the first proceeding was pending appeal, was summarily dismissed without prejudice. A third petition, filed subsequent to dismissal of the first appeal in 1979, also was dismissed without a hearing, and an appeal from an order in that proceeding was abandoned. Petitioner's failure to perfect the prior appeals in a timely fashion bars relitigation of all issues that could have been decided on the prior appeals *(see, Marcello v Marcello,* 92 AD2d 687, *lv dismissed* 59 NY2d 761; *Pigott Constr. Intl. v Contractors Ornamental Steel Co.,* 75 AD2d 988; *see also, Bray v Cox,* 38 NY2d 350; 5 Weinstein-Korn-Miller, NY Civ Prac ¶ 5011.11, at 50-110). Accordingly, Family Court did not err in summarily dismissing the subject petition. (Appeal from order

of Erie County Family Court, Trost, J.—paternity.) Present— Callahan, J. P., Denman, Green, Balio and Davis, JJ.